**Cloyes COLLINS and Lavare Collins, Plaintiffs-Appellants,**

**v.**

**UNITED STATES of America, Defendant-Appellee.**

**No. 26818.**

United States Court of Appeals, Ninth Circuit.

Oct. 8, 1971.

Michael B. Arkin (argued), of Surr & Hellyer, San Bernardino, Cal., for plaintiffs-appellants.

Gilbert Andrews (argued), Atty., Dept. of Justice, Johnnie M. Walters, Asst Atty. Gen., Tax Div., Washington, D. C., Robert L. Meyer, U. S. Atty., Charles H. Magnuson, Asst. U. S. Atty., Los Angeles, Cal., for defendant-appellee.

Before CHAMBERS and WRIGHT, Circuit Judges, and BATTIN,* District Judge.

* The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.

PER CURIAM:

The judgment of the district court in this income tax case is affirmed on the opinion of the district judge. Collins v. United States, C.D.Cal., 318 F.Supp. 382.

**John Joseph COYLE, A–235383, 313913, Petitioner-Appellant,**

**v.**

**E. J. OBERHAUSER, Superintendent, California Institution for Men, Appellee.**

**No. 25720.**

United States Court of Appeals, Ninth Circuit.

Oct. 7, 1971.

John Joseph Coyle, in pro. per.

Jack K. Weber, Deputy Atty. Gen., Evelle J. Younger, Cal., Atty. Gen., William James, Asst. Atty. Gen., John H. Darlington, Los Angeles, Cal., for appellee.

Before CHAMBERS and ELY, Circuit Judges; and BATTIN,** District Judge.

PER CURIAM:

The order of the district court denying habeas corpus relief without a hearing is affirmed.

Coyle's main point is foreclosed by United States v. White, 401 U.S. 745, 91 S.Ct. 1122, 28 L.Ed.2d 453 (1971).

We find the point made under Miranda v. Arizona, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), to be without merit.

** The Honorable James F. Battin, United States District Judge, District of Montana, sitting by designation.